MAY 17 2024 PM 1:20
FILED-USDC-CT-NEW.HAVEN

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

Division

| | |
|---|---|
| Joe Glenn, | ) Case No. _____ |
| *Plaintiff(s)* | ) *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) Jury Trial: *(check one)*  ☒ Yes  ☐ No |
| -v- | ) |
| Kelly Services, Inc., | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Joe Glenn |
| Street Address | 40 Country Club Rd |
| City and County | Groton, New London County |
| State and Zip Code | CT, 06340 |
| Telephone Number | (760) 605-3728 |
| E-mail Address | jeglenn02@gmail.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Kelly Services, Inc. |
| Job or Title *(if known)* | |
| Street Address | 999 West Big Beaver Road |
| City and County | Troy |
| State and Zip Code | MI, 48084 |
| Telephone Number | (248) 321-2619 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |

Page of 9

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address *(if known)* _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒   Federal question                    ☒   Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The jurisdiction of this Court is invoked pursuant to the following federal statutes and provisions of the United States Constitution:

1. Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e et seq.):
   - Prohibits employment discrimination based on race, color, religion, sex, or national origin.
   - Prohibits retaliation against individuals who engage in protected activities such as reporting discrimination.

2. 42 U.S.C. § 2000e-3(a):
   - Specifically addresses retaliation, making it unlawful for an employer to discriminate against any individual because they have opposed any practice made an unlawful employment practice by Title VII, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under Title VII.

3. 28 U.S.C. § 1331:
   - Provides that the federal district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

4. 28 U.S.C. § 1343(a)(4):
   - Provides for jurisdiction over cases involving the protection of civil rights, including claims under Title VII of the Civil Rights Act of 1964.

5. The Civil Rights Act of 1991:
   - Amended Title VII to allow for compensatory and punitive damages in cases of intentional discrimination and retaliation.

6. The Equal Employment Opportunity Commission (EEOC) Regulations:
   - 29 C.F.R. § 1601 et seq.: Implements Title VII and outlines the procedures for filing complaints and the process of investigation and enforcement of employment discrimination laws.

These statutes and provisions form the basis of Plaintiff's claims for wrongful termination, retaliation, and constructive discharge under federal law.

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)*    Joe Glenn                                      , is a citizen of the

   State of *(name)*    Connecticut                              .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)*                                             , is incorporated

   under the laws of the State of *(name)*                                        ,

   and has its principal place of business in the State of *(name)*

   _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant,  *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant,  *(name)*    Kelly Services, Inc._____, is incorporated under the laws of the State of *(name)*    Delaware_____, and has its principal place of business in the State of *(name)*    Michigan_____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The amount in controversy in this action exceeds the sum or value of $75,000, exclusive of interest and costs. Plaintiff seeks the following relief:

1. Compensatory Damages:
   - Plaintiff seeks compensatory damages in the amount of $10,000,000 for emotional distress, mental anguish, and damage to reputation.

2. Punitive Damages:
   - Plaintiff seeks punitive damages in the amount of $20,000,000 to deter Defendant and other employers from engaging in similar unlawful conduct and to punish Defendant for its egregious behavior.

3. Back Pay and Benefits:
   - Plaintiff seeks back pay and benefits, including interest, in an amount to be determined at trial, to compensate for lost wages and benefits resulting from Defendant's unlawful actions.

4. Front Pay or Reinstatement:
   - Plaintiff seeks front pay or reinstatement, at Plaintiff's option, to a comparable position with appropriate adjustments for loss of seniority and benefits to restore Plaintiff's career trajectory.

5. Other Relief:
   - Plaintiff seeks an order requiring Defendant to provide a highly favorable letter of recommendation, detailing Plaintiff's qualifications, skills, and positive contributions during his tenure, to assist Plaintiff in securing future employment.
   - Plaintiff seeks reasonable attorneys' fees, costs, and expenses to cover the legal costs incurred in pursuing this action.
   - Plaintiff seeks any other relief the Court deems just and proper, considering the significant harm caused by Defendant's actions.

The total amount in controversy, therefore, significantly exceeds the jurisdictional threshold required for federal jurisdiction under 28 U.S.C. § 1332(a).

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

1. Plaintiff Joe Glenn is a fourth-generation combat veteran, honorably discharged from the United States Navy. Plaintiff holds three master's degrees in Public Administration, Accounting, and Human Resources Management, and has recently been admitted to the University of Connecticut Neag School of Education. Plaintiff's extensive educational background and military service underscore his dedication to public service and professional excellence.

2. Plaintiff began his employment with Defendant Kelly Services Inc. in March 2020 as a substitute teacher, initially assigned to East Lyme Public Schools and later exclusively to New London Public Schools ("NLPS").

3. Throughout his employment, Plaintiff demonstrated competence and dedication, receiving positive feedback for his performance from both students and staff.

4. During his employment, Plaintiff reported significant operational deficiencies and discriminatory practices within NLPS, including issues affecting the quality of education and equitable treatment of students.

5. Plaintiff's reports included concerns about inadequate resources, discriminatory practices, and administrative inefficiencies, all of which constitute protected activities under Title VII of the Civil Rights Act of 1964.

6. Plaintiff's protected activities were communicated to both NLPS and Defendant, implicating both as responsible entities under the joint employer doctrine.

7. Following Plaintiff's engagement in these protected activities, he faced a series of adverse employment actions orchestrated by NLPS and facilitated by Defendant, including unwarranted disciplinary actions, removal from assignments, and eventual termination.

8. On June 1, 2023, Amanda Graf, a representative of Kelly Services, sent an email inviting Plaintiff back for the following school year, creating an expectation of continued employment.

9. However, on June 22, 2023, Kelly Services received an order from New London Public Schools (NLPS) to remove Plaintiff from being allowed to teach in NLPS. Kelly Services failed to inform Plaintiff of this decision, causing him to go the entire summer without seeking alternative employment.

10. When Plaintiff discovered he was no longer able to accept assignments in the portal, he reached out to Amanda Graf via telephone. She actively evaded him, and despite emailing her twice in August for details about his termination, he received no reply.

11. Defendant failed to conduct a thorough and impartial investigation into the allegations against Plaintiff, contrary to its policies and legal obligations under Title VII.

12. Plaintiff was not formally notified of his termination and only discovered his employment status through indirect means, adding to the distress and confusion caused by Defendant's actions.

13. The working conditions created by Defendant, including the misrepresentation of assignment availability and the lack of proper notification, became intolerable, leading to Plaintiff's constructive discharge.

14. Defendant and NLPS acted as joint employers, sharing significant control over Plaintiff's employment conditions and terms, making them jointly liable for the violations under Title VII

(Continued on page 10).

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include    the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any  punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or  punitive money damages.

Plaintiff respectfully requests that this Court grant the following relief:

1. Compensatory Damages:
   - Award Plaintiff compensatory damages in the amount of $10,000,000 for emotional distress, mental anguish, and damage to reputation. This amount reflects the severe impact on Plaintiff's professional and personal life, including the following specific hardships:
   - Plaintiff is nearing foreclosure on his home due to the loss of income from wrongful termination and retaliation.
   - Plaintiff's automobile has experienced significant wear and tear due to the new commute, rendering it inoperable. Plaintiff now faces imminent repossession because the cost of repairs equals the amount owed on the vehicle.
   - Plaintiff's credit rating has suffered remarkably as a result of the Defendant's actions.
   - Plaintiff's children's tuition has been behind nearly the entire school year, causing substantial stress and impacting their educational stability and wellbeing.
   - The overall financial strain has negatively affected Plaintiff's family's wellbeing, creating an environment of uncertainty and anxiety.

2. Punitive Damages:
   - Award Plaintiff punitive damages in the amount of $20,000,000 to deter Defendant and other employers from engaging in similar unlawful conduct and to punish Defendant for its egregious behavior.

3. Back Pay and Benefits:
   - Award Plaintiff back pay and benefits, including interest, in an amount to be determined at trial, to compensate for lost wages and benefits resulting from Defendant's unlawful actions.

4. Front Pay or Reinstatement:
   - Award Plaintiff front pay or reinstatement, at Plaintiff's option, to a comparable position with appropriate adjustments for loss of seniority and benefits to restore Plaintiff's career trajectory.

5. Favorable Letter of Recommendation:
   - Order Defendant to provide Plaintiff with a highly favorable letter of recommendation, detailing Plaintiff's qualifications, skills, and positive contributions during his tenure, to assist Plaintiff in securing future employment. Plaintiff reached out to a former New London Public Schools employee to see if he would be interested in vouching for Plaintiff, but did not even receive a response because a reasonable person is intimidated about losing their employment by associating with Plaintiff.

6. Reasonable Attorneys' Fees and Costs:
   - Award Plaintiff reasonable attorneys' fees, costs, and expenses to cover the legal costs incurred in pursuing this action.

7. Other Relief:
   - Award Plaintiff any other relief the Court deems just and proper, considering the significant harm caused by Defendant's actions.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a                 nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have     evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable   opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the                requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     5/16/2024

Signature of Plaintiff

Printed Name of Plaintiff    JOE GLENN

### B.    For Attorneys

Date of signing:     _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

**Count One: Wrongful Termination in Violation of Title VII**

15. Plaintiff engaged in protected activities by reporting operational deficiencies and discriminatory practices within NLPS.

16. Defendant terminated Plaintiff's employment in retaliation for engaging in these protected activities, in violation of Title VII.

17. Plaintiff was qualified for his position, demonstrated by positive performance feedback and continued employment.

18. Plaintiff's termination occurred shortly after engaging in protected activities, suggesting a causal connection.

**Count Two: Retaliation in Violation of Title VII**

19. Plaintiff engaged in protected activities under Title VII by reporting issues within NLPS.

20. Defendant retaliated against Plaintiff by removing him from assignments and terminating his employment.

21. Defendant's retaliatory actions were a direct response to Plaintiff's engagement in protected activities.

**Count Three: Constructive Discharge**

22. Defendant created intolerable working conditions for Plaintiff, including misrepresentation of assignment availability and failure to provide proper notification of employment status changes.

23. Plaintiff was forced to resign due to these intolerable working conditions, constituting constructive discharge.

Count Four: Violation of Joint Employer Doctrine

24. Defendant and NLPS acted as joint employers, sharing control over Plaintiff's employment conditions and terms.

25. As joint employers, Defendant and NLPS are jointly liable for the violations of Title VII and the adverse actions taken against Plaintiff.

**Count Five: Intentional Infliction of Emotional Distress**

26. Defendant's conduct, including the deliberate obstruction, false allegations, failure to provide requested information, and misleading communications, was extreme and outrageous, exceeding all bounds of decency.

10

27. On June 1, 2023, Amanda Graf, a representative of Kelly Services, sent an email inviting Plaintiff back for the following school year, creating an expectation of continued employment.

28. However, on June 22, 2023, Kelly Services received an order from New London Public Schools (NLPS) to remove Plaintiff from being allowed to teach in NLPS. Kelly Services failed to inform Plaintiff of this decision, causing him to go the entire summer without seeking alternative employment.

29. When Plaintiff discovered he was no longer able to accept assignments in the portal, he reached out to Amanda Graf via telephone. She actively evaded him, and despite emailing her twice in August for details about his termination, he received no reply.

30. Defendant's actions, including the failure to communicate critical employment information and the subsequent evasion, caused severe emotional distress, including anxiety, depression, and other psychological harm.

31. Defendant acted with the intent to cause, or with reckless disregard of the likelihood of causing, severe emotional distress to Plaintiff.

**Count Six: Reckless Indifference**

32. Defendant's actions demonstrated a reckless indifference to Plaintiff's rights and wellbeing, including the failure to investigate allegations properly, manipulation of procedures to delay justice, and disregard for the severe impact on Plaintiff's mental and emotional health.

33. Specifically, the misleading communication from Amanda Graf, followed by the complete lack of notification about the removal order from NLPS, and the evasion of Plaintiff's attempts to seek clarification, highlight the reckless disregard for Plaintiff's professional and personal life.

34. Defendant's reckless indifference justifies the imposition of punitive damages to deter similar conduct in the future and to punish Defendant for its egregious behavior.

11

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Boston Area Office**
15 New Dudbury St, Room 475
Boston, MA 02203
(617) 865-3670
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 05/03/2024

**To:** Mr. Joe Glenn Jr.
40 Country Club Rd
GROTON, CT 06340
Charge No: 523-2024-01619

EEOC Representative and email:    EMMET GREENE
EEOC Investigator
emmet.greene@eeoc.gov

___

### DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 523-2024-01619.

On behalf of the Commission,

Digitally Signed By:Feng K. An
05/03/2024
___
Feng K. An
Area Office Director

**Cc:**
Veronica Elchuk
999 W BIG BEAVER RD
Troy, MI 48084

Jessica Smith
999 W. Big Beaver Road
Troy, MI 48084

Please retain this notice for your records.



**CONNECTICUT STATE DEPARTMENT OF EDUCATION**

**NEWS**

Stefan Pryor
Commissioner

For Immediate Release:                                    **Wednesday, June 27, 2012**

Contact: Jim Polites 860.713.6525

# ADAMOWSKI NAMED NEW LONDON SPECIAL MASTER

Connecticut Commissioner of Education Stefan Pryor has named Dr. Steven Adamowski as special master of New London Public Schools. Adamowski, whose appointment is effective July 1, is the former superintendent of Hartford Public Schools and current special master of Windham Public Schools.

At its June 6, 2012 meeting, the State Board of Education unanimously approved a resolution authorizing Commissioner Pryor to appoint a special master for the New London Public Schools and to require the New London Board of Education to participate in training to improve its operational efficiency and effectiveness. The action followed the Board's consideration of a government and management audit completed by the State Department of Education's Bureau of Accountability and Improvement on May 7, 2012.

Adamowski's new role as special master in New London will be performed in concurrence with his current responsibilities in Windham under an existing two-year employment agreement entered into among the State Department of Education, the State Education Resource Center, and Dr. Adamowski on August 15, 2011. He will serve as New London special master for the 2012-2013 school year. The term may be extended by the State Board of Education. Adding the role of special master in New London does not change the terms of the contract, including the compensation paid to Dr. Adamowski.

A native of Connecticut, Adamowski has previously been Superintendent and Chief Executive Officer of Cincinnati Public Schools (1998-2002), Associate Secretary at the Delaware Department of Education (1996-1998), and Superintendent of Schools in Clayton, Missouri (1991-1995), Chatham, New Jersey (1987-1991), and Norwich, Connecticut (1983-1987). A graduate of Southern Connecticut State University and Trinity College, he has served as a Visiting Professor of Educational Leadership and Administration at George Washington University and as Assistant Professor of Educational Leadership and Policy Studies at the University of Missouri.

Exhibit A - Adamowski Named New London Special Master

"To this point, New London Public Schools have been unable to build sufficient momentum around policies that drive student learning," said State Board of Education Chairperson Allan Taylor. "In concert with mandated Board of Education training, we expect that the appointment of a special master will focus the school district on creating outcomes that provide the greatest benefit to schoolchildren."

"Dr. Adamowski is uniquely positioned to assist New London in the strategic planning and execution needed to improve student achievement," said Commissioner Pryor. "This collaboration between State Department of Education and local leadership will position New London's students for success."

In New London, Adamowski's immediate priorities will include improving the governance structure of the district to support student achievement; immediate stabilization of the district's finances; completion of New London's Alliance District Plan; and the development, in conjunction with the local board of education, of a systemic, strategic long-term operating plan for improving student achievement.

New London Public Schools have been subject to intensified supervision and direction since September 2008, during which time a State Department of Education Technical Assistance Team has monitored New London's school district improvement plan. In February of 2012, New London's school board President and school superintendent requested greater intervention by the State Department of Education, citing a lack of focus on student achievement and diminished school board functionality.

In terms of student achievement, New London is among the lowest performing districts in Connecticut. The district's four-year cohort graduation rate is sixth lowest in the state; just 63.9% of New London high school students graduate within four years.

As special master in Windham, Adamowski has worked collaboratively with the local school Board and Superintendent to develop and implement a three-year improvement plan based on principles such as creation of a portfolio of high-performing, effective schools and district school choice; improvement of teacher and leader quality and retention; expansion of university, community, and institutional partnerships; and greater parent engagement.

###

Exhibit B - Budget Dilimma



# CTExaminer

New London, General, Education

# New London Schools Face Budget Dilemma as Federal Aid Dries Up



NEW LONDON — As the school district braces for an $11 million shortfall due to the expiration of federal coronavirus funds, city officials are showing reluctance to meet the district's request for a nearly 10% budget increase to maintain educational services.

"Your house is on fire, you're going to do whatever you can to put it

Exhibit B - Budget Dilimma

out. And you worry about how you're covering your deductible later. That's where we're at," Board of Education Chair Elaine Maynard Adams told Common Council members at a packed City Hall meeting on Wednesday.

In preparation for the loss, the district is requesting nearly $4.5 million to cover teacher salaries, student needs and the B.P. Learned Early Childhood Center that was developed using federal funds.

But last week, Mayor Mike Passero proposed a budget giving the district just a 2% increase, or less than $1 million.

In his budget address on April 1, Passero referred to a property revaluation that raised residential property values by about 60%, subsequently increasing property taxes for local residents. Passero's budget proposal raises the city's budget by about 2%.

During the address, Finance Director David McBride also noted that New London would receive about $820,000 less in grant money in 2025, due to Gov. Ned Lamont's proposal to redirect K-12 funds toward early childhood education.

School districts across the state are asking for substantial increases in their budgets this year — Groton at one point considered a 13.5% increase, Stonington originally requested a 7% bump, and Bridgeport asked for an increase of over 15%.

Of the $4.5 million that New London is requesting, about half would go toward the B.P. Learned Early Childhood Center, which acts as a preschool during the day and provides community services and events for infants, toddlers and elementary children in the evenings.

## 'Not practical and not possible'

Superintendent Cynthia Ritchie told councilors that the district has

Exhibit B - Budget Dilimma

already eliminated 61 positions across departments, including moving administrators into teaching positions. Those positions include support tutors for English learners, special education paraeducators, school counselors, secretaries and several administrative positions.

She also noted that the student population was growing and had increasing needs. Nearly a third of New London students speak a language other than English, over 80% are from low-income households, and the number of homeless students, Ritchie said, is at 340, "the highest I've ever seen it."

Ritchie said the mayor's proposed budget falls short of covering the salary increases that were recently negotiated with the teachers, administrators and staff unions, and approved by the City Council. Additionally, she noted that the schools budget has not kept pace with inflation over the past five years; had it done so, the budget would be approximately $6.25 million more than what the mayor has suggested.

But Passero noted that while the requested increase accounts for only 9.8% of the city's total budget, it would disproportionately impact New London, which typically covers about a third of the district's costs. If the city were to bear the full increase, it would equate to a 22% hike in its contributions to the schools.

"That is just not practical and not possible," he said. "None of the families in this city, regardless of where you are on the economic spectrum, will be able to carry a 25% increase in their property taxes. It just can't happen."

Historically, the city has approved anywhere between a 1% and 5% annual budget increase for the school board. While Passero's proposal represented a 2 percent increase to the overall budget, Passero noted that it amounted to a 5.4 percent increase in the amount of funding that the school district received from the City of

Exhibit B - Budget Dilimma

New London.

# Councilors debate

Councilor John Satti expressed his frustration to the council but agreed with the mayor, saying that both the city and schools had become "spoiled" by federal coronavirus relief funds.

"But we all knew that after four years that money was going to dry up. So, as frustrated as you are, so am I because I do not want to see programs dropped," he said, adding that the council is examining the city budget to see if money could be transferred to the schools.

Councilor Reona Dyess asked if the Board of Education could pull money from its $1.8 million surplus, but Maynard Adams said they did not plan to touch the fund because "as bad as this year will be, fiscal year 2026 will be worse."

Ritchie said the district still has 112 positions being paid through the remaining federal coronavirus funds, and that those positions will have no funding source after next year.

Not all councilors were in agreement with the mayor's proposal. Councilor Jeffrey Hart said the city had gotten a "free ride" over the last four years, allowing it to use the federal funds as a "stopgap" so that it didn't have to raise taxes during a period of high inflation.

But now, he said, "This is not a matter of 'Do we have the ability to pay?' 'Do we want to pay?' 'Is it fair the way they're asking?' This is simply a matter of paying the bill which is due for the services that we already provide and must — by law and by state constitution — provide. There is no wiggle room on this."

# Wellness interventionists

Exhibit B - Budget Dilimma

Meanwhile, students at the meeting urged the council to fund the Board of Education so that the district could retain three wellness interventionist positions at the middle and high schools. The students have been advocating for these positions, which the Board of Education cut from its proposed budget, in multiple meetings over the last few months.

"Every day one of these interventionists comes and checks on me to make sure I am doing OK, and that I feel good in my classes, and to make sure that I don't have any problems. They really watch out for me," student Jeremy Ortero Rodriguez said.

"As a new student, it was hard keeping up with grades, new classes and new teachers. They really helped me out," student Zaraiah Gibson said.

Jose Roman told the council that he spends at least 10 hours a day at New London schools between his jobs as a wellness interventionist at Bennie Dover Jackson Middle School, soccer and boys and girls tennis coach, and assistant athletic director.

"I ask that you guys prioritize our education for our youth in this city, because it is needed. It is the number one thing that continues to keep me here — is our youth. I don't know where I would be without the adults that led me, and now it's my turn to lead them," Roman said.

However, Satti noted there was no guarantee that the Board of Education would use the extra money to rehire the wellness interventionists.

"I am not publicly committing to adding back these wellness interventionists, but I will tell you that these young people have made a very compelling case," Maynard Adams said.

Exhibit B - Budget Dilimma

Council President Efrain Dominguez Jr. said the district had done a phenomenal job improving the middle school and that the district had "momentum," but also that the council had to consider taxpayers who might not be able to afford increased financial burdens.

"I'll tell you right now, it's probably not going to be $4 million, but we're going to try to give you more than what the mayor has designated," he said.

—

*This story has been edited to provide additional comments by Passero*



Emilia Otte covers health and education for the Connecticut Examiner. In 2022 Otte was awarded "Rookie of the Year," by the New England Newspaper & Press Association.

e.otte@ctexaminer.com



Copyright © 2024 • Design by Julia Balfour, LLC

 **U.S. Department of Education (/)** (/)

**ARCHIVED INFORMATION**

# U.S. Department of Education's Office for Civil Rights Reaches Agreement to Resolve Sexual Harassment Compliance Review of New London Public Schools in Connecticut

OCTOBER 17, 2023

**Contact:** Press Office, (202) 401-1576, press@ed.gov (mailto: press@ed.gov)

The U.S. Department of Education's Office for Civil Rights (OCR) today resolved a compliance review of New London Public Schools in Connecticut with a resolution agreement to address the district's handling of sexual assault cases, including those involving student and staff misconduct.

OCR found that the district violated Title IX by not ensuring adequate Title IX coordination and oversight during the 2020-2021 and 2021-2022 school years, failing to adopt and publish Title IX grievance procedures that complied with Title IX, and failing to respond equitably to complaints of employee-involved sexual harassment during the review period.

Notably, the district abdicated its Title IX responsibilities when it did not independently investigate allegations of sexual harassment of students by two employees while the matters were being investigated by the police and the Connecticut Department of Children and Families. These actions did not comport with the district's obligation under Title IX to investigate whether sex discrimination occurred and, if so, to provide appropriate support to the victims and school community, and adopt measures to prevent recurrence especially where one or more employees may have been aware of the employee misconduct but failed to report it.

OCR also had concerns regarding the adequacy of district Title IX coordination and oversight during the 2020-2021 school year, recordkeeping practices with regard to Title IX complaints, and district responses to complaints of student-involved sexual harassment, including that the district may not have taken sufficient action to end harassment, prevent its recurrence, and remedy its effects such as considering and providing interim measures and remedial measures, where appropriate.

The resolution agreement commits the district to take the following steps needed to resolve this investigation:

- Revise the district's Title IX grievance procedures to ensure compliance with the Title IX regulation and consistency across related policies and procedures.
- Modify the district's current recordkeeping procedures to comply with the Title IX regulation.
- Provide OCR with the district's response to all reports and formal complaints of sexual harassment between the 2021-2022 and the 2024-2025 school years.
- Prepare a written description of the Title IX Coordinator(s)'s responsibilities to ensure compliance with the Title IX regulation and overall coordination of Title IX responsibilities.
- Conduct annual Title IX training for all district administrators, staff, Title IX Coordinator(s), investigators, decision-makers, and any person who facilitates an informal resolution process. And,
- Issue a student climate survey to district students in grades 6-12 to assess a need for additional changes.

"New London Public Schools' agreement today addresses serious noncompliance with Title IX that had left district students vulnerable to unredressed – and sometimes serial – sexual harassment from employees as well as other students," said Assistant Secretary for Civil Rights Catherine E. Lhamon.

The letter to New London Public Schools is available here (https://lnks.gd/l/eyJhbGciOiJIUzI1NiJ9.eyJidWxsZXRpbl9saW5rX2lkIjoxMDEsInVyaSI6ImJwMjpjbGljayIsInVybCI6Imh0dHBzOi8vd3d3Mi5lZC5nb...W.IvdXQvb2ZmaWNlcy9saXN0) ) and the resolution agreement is available here (https://lnks.gd/l/eyJhbGciOiJIUzI1NiJ9.eyJidWxsZXRpbl9saW5rX2lkIjoxMDIsInVyaSI6ImJwMjpjbGljayIsInVybCI6Imh0dHBzOi8vd3d3Mi5lZC5nb...W.IvdXQvb2ZmaWNlcy9saXN0).

**Tags:** Press Releases (/news/press-releases)

## How Do I Find...?

- Student loans, forgiveness (https://www2.ed.gov/fund/grants-college.html?src=rn)
- Higher Education Rulemaking (https://www2.ed.gov/policy/highered src=rn)
- College accreditation (https://www.ed.gov/accreditation? src=rn)
- Every Student Succeeds Act (ESSA) (https://www.ed.gov/essa?src=rn)
- FERPA (https://studentprivacy.ed.gov? src=rn)
- FAFSA (https://fafsa.gov/? src=edgov-rn)
- 1098, tax forms (https://www.ed.gov/1098-e?src=rn)
- More... (https://www2.ed.gov/about/top-tasks.html?src=rn)

## Information About...

- Elevating Teaching (https://www.ed.gov/teaching? src=rn)
- Early Learning (https://www2.ed.gov/about/inits/ed/( src=rn)
- Engage Every Student (https://www.ed.gov/ost?src=rn)
- Unlocking Career Success (https://cte.ed.gov/unlocking-career-success/)
- Cybersecurity (https://tech.ed.gov/cyberhelp/)

## Search press releases

## Find By Month

- April 2024 (/news/press-releases/monthly/202404)
- March 2024 (/news/press-releases/monthly/202403)
- February 2024 (/news/press-releases/monthly/202402)
- January 2024 (/news/press-releases/monthly/202401)
- December 2023 (/news/press-releases/monthly/202312)
- November 2023 (/news/press-releases/monthly/202311)
- October 2023 (/news/press-releases/monthly/202310)
- September 2023 (/news/press-releases/monthly/202309)

## Exhibit C - Title IX Violations

- August 2023 (/news/press-releases/monthly/202308)
- July 2023 (/news/press-releases/monthly/202307)
- June 2023 (/news/press-releases/monthly/202306)
- May 2023 (/news/press-releases/monthly/202305)
- All Press Releases (/news/press-releases)

*Our mission* is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.

**Student Loans (https://www2.ed.gov/fund/grants-college.html?src=ft)**

Repaying Loans (https://studentaid.gov/manage-loans/repayment?src=ft)

Defaulted Loans (https://studentaid.gov/manage-loans/default?src=ft)

Loan Forgiveness (https://studentaid.gov/manage-loans/forgiveness-cancellation?src=ft)

Loan Servicers (https://studentaid.gov/manage-loans/repayment/servicers?src=ft)

**Grants & Programs (https://www2.ed.gov/fund/grants-apply.html?src=ft)**

Apply for Pell Grants (https://fafsa.gov/?src=ft)

Grants Forecast (https://www2.ed.gov/fund/grant/find/edlite-forecast.html?src=ft)

Apply for a Grant (https://www2.ed.gov/fund/grant/apply/grantapps/index.html?src=ft)

**Laws & Guidance (https://www2.ed.gov/policy/landing.jhtml?src=ft)**

Every Student Succeeds Act (ESSA) (https://www.ed.gov/essa?src=ft)

FERPA (https://studentprivacy.ed.gov/?src=ft)

Civil Rights (https://www2.ed.gov/about/offices/list/ocr/know.html?src=ft)

IDEA Website (https://sites.ed.gov/idea/?src=ft)

**Data & Research (https://www2.ed.gov/rschstat/landing.jhtml?src=ft)**

Education Statistics (https://nces.ed.gov/?src=ft)

Postsecondary Education Data (https://nces.ed.gov/ipeds/?src=ft)

ED Data Express (https://eddataexpress.ed.gov/?src=ft)

Nation's Report Card (https://nces.ed.gov/nationsreportcard/?src=ft)

What Works Clearinghouse (https://ies.ed.gov/ncee/wwc/?src=ft)

Open Data Platform (https://data.ed.gov?src=ft)

COVID Relief Data (https://covid-relief-data.ed.gov?src=ft)

**About Us (https://www2.ed.gov/about/landing.jhtml?src=ft)**

Contact Us (https://www2.ed.gov/about/contacts/gen/index?src=ft)

ED Offices (https://www2.ed.gov/about/offices/list/index.html?src=ft)

Jobs (https://www.ed.gov/jobs?src=ft)

Press Releases (https://www.ed.gov/news/?src=ft)

FAQs (https://www.ed.gov/answers?src=ft)

Recursos en español (https://www2.ed.gov/espanol/bienvenidos/es/index?src=ft)

Budget, Performance (https://www2.ed.gov/about/overview/focus/perf?src=ft)

Privacy Program (https://www.ed.gov/privacy?src=ft)

Homeroom Blog (https://blog.ed.gov/)

(http://www.facebook.com/ed.gov)

(http://www.twitter.com/usedgov)

(https://www.ed.gov/)

(https://www.ed.gov/feed)

Notices (https://www2.ed.gov/notices/index.html?src=ft)    FOIA (https://www2.ed.gov/policy/gen/leg/foia/foiatoc.html?src=ft)    Privacy Policy (https://www2.ed.gov/notices/privacy/index.html?src=ft)
Accessibility (https://www2.ed.gov/notices/accessibility/index.html?src=ft)    Security (https://www2.ed.gov/notices/security/index.html?src=ft)
Information Quality (https://www2.ed.gov/policy/gen/guid/infoqualguide.html?src=ft)    Inspector General (https://www2.ed.gov/about/offices/list/oig/index.html?src=ft)
Whitehouse.gov (https://www.whitehouse.gov/)    USA.gov (https://www.usa.gov/)    Benefits.gov (https://www.benefits.gov/)    Regulations.gov (https://www.regulations.gov/)    vote.gov (https://vote.gov)

# Exhibit D - Letter from Student from May of 2022

Dear Mr. Glenn I want you to know that you along with all the teachers ... the best people I have ever met in my life and ... an exception and I'm ... sorry you ... you feel like you aren't the ... this person you are because a person like you should never ... that way I hope you receive ... much good as you put into the world I thank you not for anything we've done together in your class I thank you for being you the world needs more people like you. Love ▮▮▮▮

# Exhibit E - August Amanda Graf Email

 Gmail

## New London Public Schools

**Joe Glenn** <joe.e.glenn.jr@gmail.com>                                    Sat, Aug 19, 2023 at 9:53 AM
To: Amanda Graf <AMAG326@kellyservices.com>

Greetings,

I contacted your office after logging in to Frontline and noticing the New London public schools was not listed as one of my districts.

After explaining what what I was inquiring about to the Kelly services representative who answered the phone, she explained that I would need to speak to you. After checking, Howe, she concluded that you were on a break.

I then asked her if the district requested my removal. She said, "I would say so."

At that point, I informed her that I have an EEOC complaint against NLPS alleging discrimination in hiring, and that the district's request amounts to retaliation.

I then asked her to have you communicate to me in writing why I am no longer eligible to work in New London.

Moreover, I will be submitting an unemployment claim as the position I worked last year will not be available to me.

Best,

Joe Glenn
760-605-3728

**Joe Glenn** <joe.e.glenn.jr@gmail.com>                                    Wed, Sep 6, 2023 at 10:10 AM
To: Amanda Graf <AMAG326@kellyservices.com>

Good morning,

I will attempt to contact you again via telephone, but I would appreciate it if you could respond in writing with the following information:

1) When did New London Public Schools request that I not be allowed to educate there?
2) Who, specifically, requested my termination?
3) What was the reason given for my termination?

I look forward to speaking with you soon.

Best regards,

Joe Glenn
760-605-3728

On Sat, Aug 19, 2023 at 9:53 AM Joe Glenn <joe.e.glenn.jr@gmail.com> wrote:
> Greetings,
>
> I contacted your office after logging in to Frontline and noticing the New London public schools was not listed as one of my districts.

**Exhibit E - August Amanda Graf Email**

After explaining what what I was inquiring about to the Kelly services representative who answered the phone, she explained that I would need to speak to you. After checking,Howe, she concluded that you were on a break.

I then asked her if the district requested my removal. She said, "I would say so."

At that point, I informed her that I have an EEOC complaint against NLPS alleging discrimination in hiring, and that the district's request amounts to retaliation.

I then asked her to have you  communicate to me in writing why I am no longer eligible to work in New London.

Moreover, I will be submitting an unemployment claim as the position I worked last year will not be available to me.

Best,

Joe Glenn
760-605-3728

Exhibit F - June Amanda Graf Email

Gmail

# Bennie Dover Jackson | New London BS

**Amanda Graf** <AMAG326@kellyservices.com>                    Thu, Jun 1, 2023 at 11:00 AM
To: Joe Glenn <joe.e.glenn.jr@gmail.com>

Hello!

I hope you have been enjoying your position as the building substitute for the Bennie Dover Jackson School.

We are beginning to secure building substitutes for next school year. If you are interested in having the same position, please respond to this email with your response.

Thank you for your dedication and help, you are extremely appreciated. Have a wonderful day!

*Warm Regards,*

# Amanda Graf

Amanda Graf
CT Fulfillment Specialist, NE Education Practice
Work: 800-991-5157 opt. 1
Web: kellyeducation.com

***Refer a Friend, Earn $100.00*** *- Referral Rock.*

**Joe Glenn** <joe.e.glenn.jr@gmail.com>                    Tue, Jun 20, 2023 at 7:45 PM
To: Amanda Graf <AMAG326@kellyservices.com>

Amanda,

Are there any summer assignments available?

Exhibit G - Email to NL High School Leadership

 Albertus
Magnus
College

## Lessons Learned 11/03/2021

**Glenn, Joe** <jglenn@albertus.edu>                                    Thu, Nov 4, 2021 at 11:20 AM
To: MahonB@newlondon.org, OrtizJ@newlondon.org, MorganS@newlondon.org

Greetings,

It may be helpful to standardize the process for the daily onboarding of a substitute teacher. Today, in the absence of a secretary who facilitates the substitute teachers' day-to-day onboarding, Asst. Director Morgan prepared materials for me to get my day started. A lack of foresight was apparent. I arrived at 7:00 AM to get to class early, review lesson plans, and/or devise a strategy to manage the day most effectively. At 7:50 AM I was given a spreadsheet (listing the class title, period, teacher, classroom), a classroom key, and the login to PowerSchool. Then, I was sent to the wrong building.

I did not receive a key to the restroom, a guest login to access computers (to even gain access to the PowerSchool website), a schedule of classes, class rosters, or any indication of which lunch I would take. I covered the culinary class which was held in a large kitchen. Due to safety concerns, I would recommend that the culinary class be held elsewhere when the chef is absent (perhaps a study hall in the cafeteria). The kitchen class has three rooms, six entries/exits, and a host of gas stoves. The potential for hazard is not worth the convenience of holding class there in the absence of a professional.

I spoke with Asst. Director Morgan in the late morning and informed him that I was placed at a significant disadvantage without rosters, computer access, bell schedules, lunch schedules, lesson plans, or a timely start to the day. He cited the fact that the school was down a secretary and another culinary teacher, and that he had been through it before himself before patronizingly padding me on the shoulder as though I were a kid or a man who should be more grateful for the opportunity than discontented by the apparent inconsiderateness. I am a highly educated, honorably discharged US Navy combat veteran, who has overcome the public education system designed for my failure; please pardon my thin patience for well compensated *public* executives who shun accountability, fail to exercise foresight, or incorporate standard operating procedures for otherwise simple tasks.

Regarding the daily onboarding of substitute teachers: at the very least, prepare binders including bell/block schedules, guest logins for computer access, PowerSchool login information, list of important phone numbers, emergency procedures (in sheet protectors) and have them readily available at the start of the day. Simple is good. Moreover, it would reduce the amount of wasted paper and limit the amount of cross training necessary to sustain smooth day-to-day operations. All that would remain is to determine the teacher's classroom and lunch block, and then send the substitute on their way. Additionally, it may be a good idea to have security personnel check in on substitute taught classes throughout the day.

It is an honor to be able to work at New London High School as a substitute teacher and to be able to witness firsthand the disparities between its program and those five minutes down the freeway in any direction. The main difference that meets the eye is obvious.

I feel awkward telling you this but reaching out to other institutions regarding best practices would be a relevant resource. However, I am sure you have built-in excuses concerning your range of

responsibilities, etc., etc.     Exhibit G - Email to NL High School Leadership

Cheers,

Joe Glenn.
760-605-3728

---

**Glenn, Joe** <jglenn@albertus.edu>                                                    Thu, Nov 4, 2021 at 12:47 PM
To: jeglenn02@gmail.com, slglenn07@gmail.com

Exhibit G.1 - Letter of Recommendation from Zato Kadambaya

# NEW LONDON HIGH
# MULTI-MAGNET CAMPUS
490 Jefferson Avenue, New London, CT 06320
Dr. Jose Ortiz - Principal

NEW LONDON
PUBLIC SCHOOLS



November 23, 2021

To Whom It May Concern,

It has come to my attention that Mr. Joe E. Gleen, Jr. has applied for your Teacher Education Program in Business Education. I would like to offer professional reference to his list of qualifications for this program. As the Supervisor of Mathematics, I have personally observed Mr. Glenn as a Substitute Teacher at my school through Kelly Education Services.

Mr. Gleen approaches all his assignments with steadfast integrity and a determination to excel. Mr. Gleen comes to school early to get his assignment, prepare and get ready to welcome his students. This level of responsibility is rarely seen from many substitute teachers.

Mr. Gleen has positive interaction with our students and serves as a role model for many who are fortunate to have or meet him. Mr. Gleen worked to create a positive, and safe learning environment for his students. Mr. Gleen makes sure that students learning is not interrupted by the absence of their teacher as he implements with fidelity lesson plans, manage the classroom.

Mr. Gleen as many substitute teachers, responded to the national teachers' shortage as he has done in his private life as a service man in the U.S Navy. Mr. Gleen was on the frontline helping our students during the COVID-19 Pandemic. Mr. Gleen has a strong leadership and team collaboration skills that will make him an excellent teacher. His background prepared him for challenging situations, tight deadlines that will serve him well in any educational settings. Mr. Gleen is receptive to feedback, and opened to learning new things

In closing, Mr. Gleen is ready to serve our students as a classroom teacher, and he will benefit from your great teacher education program. It is without reservation that I recommend him for your teacher training program as he will be an asset to both to your program and to your school.

Please contact me should you have any questions or require additional information.

Sincerely,

Zato Kadambaya
Supervisor of Mathematics, 6-12
New London Public Schools
(860) 938-4333



Science & Technology Magnet
High School of
Southeastern Connecticut
P: (860) 437-6496   F: (860) 437-7774



New London High School
Visual & Performing Arts
Magnet High School
P: (860) 437-6400   F: (860) 437-4321





Exhibit H - Kelly's Notification of my Removal from NL High School

Gmail

---

## New London HS -Sub Removal Requested.

---

**Tiffany Steele** <STEELTM@kellyservices.com>                    Thu, Nov 4, 2021 at 2:19 PM
To: "joe.e.glenn.jr@gmail.com" <joe.e.glenn.jr@gmail.com>

Hi Joe please do not report to New London HS tomorrow. They feel that you were not a good fit for them, argumentative, and unwilling to be flexible with them.

### Tiffany Steele

Kelly Education

steeltm@kellyservices.com

### 800-991-5157 x6

866-535-5948

866-535-5998

**Web:** kellyeducation.com

## Thank you for being a valued employee of Kelly Education!

**In order to update your Covid-19 Vaccination Status, please following steps below:**

>>>

3.

https://bit.ly/ke-vaccine

# Education

Exhibit I - Email to TJ Campbell of NAACP from September 2021



Albertus
Magnus
College

## NLHS

---

**Glenn, Joe** <jglenn@albertus.edu>                                    Wed, Sep 15, 2021 at 3:37 PM
To: tjcampbell1976@gmail.com

To Whom It May Concern,

My name is Joe Glenn and I am a resident of Groton, CT. I am a father of two, husband, Navy veteran, Albertus Magnus College graduate student, and a substitute teacher with Kelly Staffing. My most recent substitute teaching assignment was at New London High School; the best way I can describe my experience is by calling it "heartbreaking."

As a substitute teacher, and as a parent, I have had the privilege of observing the inner workings of several schools. Overall, I have been impressed with the educational offerings provided to the area's families but had been curious about the schools' demographics *especially* as a Black American parent.

When I arrived at New London High School this morning, I was delighted to see students of color but could not help but notice the stark contrast in the quality of education being provided to the mostly minority student population—it felt like a third world country. While the main office is aesthetically pleasing, air conditioned, and apparently comfortable for those doing business there, the remainder of the school is unfinished. The classrooms were stifling and without air conditioning; the students jockeyed for positioning near the fan against the backdrop of cinder block walls and damaged/missing ceiling tiles. The library, highlighted by unfinished floors, does not have computers, and the books are piled in giant boxes (not shelved).

The environment suggests there are low expectations for these children and they seem uninspired as a result. Although the school is under construction, the students who presently attend New London High School will not be able to get this time back. *The students are being prepared to be defenselessly discriminated against and it is difficult to sit back and observe.* This is especially disheartening following a year in which students were physically unable to attend school due to the COVID-19 pandemic.

I have wrestled with discrimination my entire life and have been confronted by it in schools, churches, and employment settings. My most notable defense has been my ability to read, write, and research, of which the students of New London High School are being deprived.

All students can learn, and the students of New London High School are worthy of a quality education regardless of their socioeconomic statuses.



**New London High School Library.jpg**
1412K



Exhibit J – New London High School Library Photograph



Albertus
Magnus
College

# Exhibit K - Mental Health Day Email Thread

---

## Mental Health Day!

---

**Glenn, Joe** <jglenn@albertus.edu>                                    Thu, Nov 3, 2022 at 5:59 PM
To: "Brown, Shawn" <BrownSh@newlondon.org>, "Delara, Norma" <delaran@newlondon.org>, "Lopez, Mildred"
<LopezM@newlondon.org>

Won't be in tomorrow.

Be blessed,

Joe
760-605-3728

---

**Delara, Norma** <DelaraN@newlondon.org>                               Thu, Nov 3, 2022 at 6:08 PM
To: "Glenn, Joe" <jglenn@albertus.edu>
Cc: "Brown, Shawn" <BrownSh@newlondon.org>, "Lopez, Mildred" <LopezM@newlondon.org>

Hi Joe,
I learned of some interactions you had today with staff that apparently were seen as
unprofessional. We will need to discuss this matter prior to your return.

Best,
Norma

**Norma Delara**
**Principal**
**C.B. Jennings International Elementary Magnet School**
50 Mercer Street,  New London, CT 06320
Office: 860-447-6050     Cell: 860-781-1900
e: delaran@newlondon.org    w: www.newlondon.org

NEW LONDON

*Creating Independent Thinkers that connect
to the World around them*

f    in    🐦

---

**From:** Glenn, Joe <jglenn@albertus.edu>
**Sent:** Thursday, November 3, 2022 5:59 PM
**To:** Brown, Shawn <BrownSh@newlondon.org>; Delara, Norma <DelaraN@newlondon.org>; Lopez,
Mildred <LopezM@newlondon.org>
**Subject:** Mental Health Day!

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you

recognize the sender and know the content is safe.

# Exhibit K - Mental Health Day Email Thread

**Glenn, Joe** <jglenn@albertus.edu>                                      Thu, Nov 3, 2022 at 7:15 PM
To: "Delara, Norma" <delaran@newlondon.org>, RitchieC@newlondon.org
Cc: "Brown, Shawn" <BrownSh@newlondon.org>, "Lopez, Mildred" <LopezM@newlondon.org>

I'd be glad to! Also, expect to hear from ███████ folks. His stepfather was taken aback when I told him his son fights everyday. His natural response was, "Why don't they call his Mom?" I replied, "I'm wondering there same thing." He actually thinks ████ is getting picked on. Step-dad says, "If this girl keeps picking on him, he's going to hit her." I'm like, "Your son hits people, everyday; people don't pick on him." He responds, "Thats 'cause I tell him not to let anyone f*** with h him."

Other students are scared of him. He used to respect me until he realized Ninon rewarded  misbehavior with out of class time and snacks. Then, his motive became to get sent out of class—him along with others. Additionally, it's a safety issue. It would help me if I understood the method to the madness of letting children fight everyday without consequence. Please, help me understand.

To remind you all, I am a paid volunteer, but I'm not here for the money; I thought I was here to help. Nonetheless, I cannot stand idly by and contribute to the miseducation of these babies, nor their delinquency; I think C.B. Jennings is doing both (and I mean this in the most respectful way possible). Moreover, I do not underatand how the school has not been found in violation of separate-but-equal statutes, but I digress.

I grew up a throw-away kid; one without any expectation. This is why I have chosen New London to volunteer my efforts. I have experienced many of the challenges these children will face. Furthermore, I believe New London students should be groomed with the same expectations as students from neighboring communities, and I do not believe that is a far-fetched goal. However, it seems the strategy in education of enormously compensating executives has resulted in executives' jobs becoming keeping their jobs, as opposed to doing their jobs.

Finally, what disappoints me more than anything is the lack of expectation you all have in these students.

I would love to come back, although I do not expect to invited to do so.

Sincerely,

Joe Glenn
760-605-3728

# Exhibit L - Second Incident Email Thread

Albertus
Magnus
College

---

## RE: EXT:_JOE GLEN RETURN

---

**Sarah Rofrano** <SARR045@kellyservices.com>                    Mon, Nov 7, 2022 at 9:22 AM
To: "Lopez, Mildred" <LopezM@newlondon.org>
Cc: "Delara, Norma" <DelaraN@newlondon.org>, "Brown, Shawn" <BrownSh@newlondon.org>, Joe Glenn
<joe.e.glenn.jr@gmail.com>, "Glenn, Joe" <jglenn@albertus.edu>


Hi All,


Our HR dept replied with this --


*We would typically deactivate pending investigation, but this sounds like the start of the discussion. Can you please obtain a statement from him after the conversation?*


*Just to confirm, he was a reliable worker until stress of job caused him to lose composure and become argumentative with students, parents and staff.*

*Mr. Glenn started out well, but developed a negative, confrontational and unprofessional attitude toward students, parents and staff.  Unable to control emotions when frustrated.*


Can you please follow up with me after the discussion and let me know what was said? Thank you!


Regards,

Sarah



Sarah Rofrano

Client Manager, Northeast Education Practice


Sarah.Rofrano@kellyservices.com

860-440-7141

kellyeducation.com

# Exhibit L - Second Incident Email Thread

Education

**From:** Lopez, Mildred <LopezM@newlondon.org>
**Sent:** Friday, November 4, 2022 1:34 PM
**To:** Sarah Rofrano <SARR045@kellyservices.com>; **Mailbox KES Schedule** <KESSCHEDULE@kellyservices.com>
**Cc:** Delara, Norma <DelaraN@newlondon.org>; **Brown, Shawn** <BrownSh@newlondon.org>; **Joe Glenn** <joe.e.glenn.jr@gmail.com>; **Glenn, Joe** <jglenn@albertus.edu>
**Subject:** EXT:_JOE GLEN RETURN
**Importance:** High

Hello
I am reaching out regarding the incident concerning Mr. Glen. Mrs. Delara would like to have him back on Monday with the understanding of having a conversation to discuss the situation with him. I have included Mr. Glen in this thread so that he is aware of his return for Monday but if you also can reach out to him to ensure he gets the communication, it will be greatly appreciated.

Thank you,



**Mildred López**

Secretary to the Principal

C.B. JENNINGS INTERNATIONAL ELEMENTARY MAGNET

50 Mercer Street, New London CT 06320

Office: 860-**447-6050**          Fax: **860-437-6267**
e: lopezm@newlondon.org      w: https://www.newlondon.org/cbjennings

f    in    🐦

# Exhibit L - Second Incident Email Thread

This communication, including any accompanying attachments and documents, is intended only for the use of the addressed recipient and may contain confidential and/or proprietary information. If you are not the intended recipient, you are hereby notified that the use, disclosure, copying, dissemination, or distribution of any information derived from this communication is strictly prohibited and may constitute a violation of the Federal Electronics Communications Privacy Act. If you have received this communication in error, you must immediately delete and/or destroy this communication after notifying the sender by return email of your receipt of this communication.

---

**Glenn, Joe** <jglenn@albertus.edu>                                                    Tue, Nov 8, 2022 at 7:18 AM
To: "Delara, Norma" <delaran@newlondon.org>

Brown went ahead and did me dirty, huh? Framed me as the angry Black man in two sentences, after I'd humbly solicited support in helping me further my career elsewhere. If you recall, I even welcomed guidance.

Conflict to the end of keeping a job offends my personal ethics, so I am reluctant to rebut this summary of my character--but, it's a summary of my character.

Very respectfully,


Joe

---

**Delara, Norma** <DelaraN@newlondon.org>                                            Tue, Nov 8, 2022 at 7:20 AM
To: Sarah Rofrano <SARR045@kellyservices.com>, "Lopez, Mildred" <LopezM@newlondon.org>
Cc: "Brown, Shawn" <BrownSh@newlondon.org>, Joe Glenn <joe.e.glenn.jr@gmail.com>, "Glenn, Joe" <jglenn@albertus.edu>

Good day,

This morning Mr. Glenn and I had a opportunity to speak briefly in regards to what could have been misunderstandings.




**Norma Delara**
**Principal**
**C.B. Jennings International Elementary Magnet School**
50 Mercer Street, New London, CT 06320
Office: 860-447-6050    Cell: 860-781-1900
e: delaran@newlondon.org   w: www.newlondon.org

NEW LONDON

## Exhibit L - Second Incident Email Thread

*Creating Independent Thinkers that connect*
*to the World around them*

f    in    🐦    ⸱⸱

---

**From:** Sarah Rofrano <SARR045@kellyservices.com>
**Sent:** Monday, November 7, 2022 9:22 AM
**To:** Lopez, Mildred <LopezM@newlondon.org>
**Cc:** Delara, Norma <DelaraN@newlondon.org>; Brown, Shawn <BrownSh@newlondon.org>; Joe Glenn <joe.e.glenn.jr@gmail.com>; Glenn, Joe <jglenn@albertus.edu>
**Subject:** RE: EXT:_JOE GLEN RETURN

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

# Exhibit M - Notification of MPA Thesis


Albertus
Magnus
College

## Executive Director of Business and Finance (Vacancy)

**Glenn, Joe** <jglenn@albertus.edu>                                              Mon, Apr 17, 2023 at 1:31 PM
To: "Stacy, Robert" <StacyR@newlondon.org>
Cc: "Flores-Seijo, Melissa" <flores-seijom@newlondon.org>, "Ritchie, Cynthia" <RitchieC@newlondon.org>,
"cs.governor@ct.gov" <cs.governor@ct.gov>, jennifer.borenski@ct.gov, mpassero@newlondonct.org,
sfields@newlondonct.org, tips@theday.com, tommy.wilson@ct.gov, unit2010@newlondonnaacp.org
Bcc: "Birungi, Patricia" <pnbirungi@albertus.edu>, anthony.nolan@cga.ct.gov, kevspeak76@hotmail.com, Tammy Hanna
<tlhanna@albertus.edu>, CruzD@newlondon.org, SilvaF@newlondon.org, CaronNa@newlondon.org,
AlexisBi@newlondon.org, HartJ@newlondon.org, Maynard-AdamsE@newlondon.org, DoughtyB@newlondon.org

Superintendent Ritchie,

I was pleased to discover that the Executive Director of Business and Finance position has been relisted, and I am glad to submit my application once more. Since the last time I applied for this position, I have attended several workshops with the Connecticut Association of School Business Officials (CASBO), another with the Connecticut Association of School Personnel Administrators (CASPA), joined the National Council on Measurement in Education (NCME), lectured at Albertus Magnus College, and attended the finance and audit board meeting; I am committed to learning and developing professionally. I was proud as the only person in attendance at the CASBO and CASPA events concerned for the interests of NLPS. Additionally, I have recently begun my MPA thesis ons the impact of poor-quality management practices on New London Public Schools' educational outcomes; I hope for my findings to benefit NLPS.

I understand NLPS has been faced with significant financial limitations over the last several decades; nonetheless, these limitations are opportunities to respond to challenges that have not yet been resolved. As a guest teacher in NLPS, I have been fortunate to observe operations from a lowly vantage point; I am not only encouraged by the students' potential, I am confident that we can *efficiently* impact performance measurables. Yes, there are many confounding variables that complicate the NLPS effort to improve educational outcomes (not the least of which being setbacks from COVID-19, poverty, homelessness, language barriers, and family dynamics); however, *the opportunity cost of our inability to effectively respond will long outlive our careers as educators.*

If poverty is an undermining factor in the school system's effort, an equivalent attempt to improve financial literacy and career development awareness could benefit the community at large. In a school system as richly diverse as NLPS, teaching students about their heritage will most certainly have a significantly positive impact on student engagement. I am happy to discuss cost-effective ways of achieving these ends. Moreover, I look forward to speaking with you regarding this vacancy.

Very respectfully,

Joe Glenn
760-605-3728

# Exhibit N - MPA Thesis

Running head: POOR QUALITY MANAGEMENT PRACTICES IN NLPS                                    1

**Poor Management Practices in New London Public Schools**

Joe E. Glenn, Jr.

Albertus Magnus College

MP 630 – Applied Research Project

Dr. Patricia Birungi

May 10, 2023

Exhibit N - MPA Thesis

**Poor Quality-Management Practices in New London Public Schools**

Students bear the burden of management ineptitude in public schools. Long after educators retire, or otherwise transition, the ripple effect from their impact will continue. The students at New London Public Schools (NLPS) have been challenged to overcome the shortcomings of a reputably dysfunctional school system. Contrarily, the State of Connecticut is highly regarded nationally for the quality of its public-school funding and student success ("2023 State…", 2023). However, if New London Public Schools were the only Connecticut school system surveyed the State's reputation on public schooling would be questionably regarded, to say the least.

I first became aware of the unsatisfactory conditions at NLPS while volunteering as a guest teacher through Kelly Educational Services (KES), which allowed me to accept assignments from multiple nearby school districts. Initially, I accepted an assignment at East Lyme High School and another at New London High School. The differences were glaring. The disparities—remarkable. To the naked eye, it seemed as though Brown v. Board of Education never happened. What was evident, was the fact that the children of whom I resembled were those attending the broken-down schools with lowered expectations. Although the unacceptable conditions are what initially piqued my interest, the purpose of this research is less about how history created these disparities and more about how present deficiencies are the result of poor management practices.

A thorough analysis is not required to recognize the turmoil and underperformance at NLPS; a simple google news search of New London schools will return a plethora of frighteningly disturbing headlines. At the start of my research, I hypothesized that *quality-management* would positively impact learning outcomes at NLPS. While I stand by my

# Exhibit N - MPA Thesis

hypothesis, my early research yielded results pertaining to the safety of New London students that would sicken any reasonable person and potentially traumatize a child.

Nevertheless, New London has so much of what makes America beautiful; it is a small, richly diverse city with a distinguished history. New London is one of the first five cities in the Connecticut colony ("A brief...," n.d.). The infamous traitor, Benedict Arnold, led an attack on New London in attempt to divert George Washington from attacking Yorktown (Baker, 2022). Moreover, although Frederick Douglass expressed discontentment with the challenge of *abolitionizing* Connecticut, he once said "I think New London [is] about the best part in the state" (Howard, 2020). However, when I gauge New London students' familiarity with these historically significant icons and occurrences, most are unaware.

At Bennie Dover Jackson Middle School and New London High School, students are not expected to stand for the Pledge of Allegiance. Even though students may be exercising their right to free speech, free speech and other rights are guaranteed exclusively by way of allegiance to core values. When asked why schools recite the Pledge of Allegiance, daily, students were unsure, with one adding, "if it were important, teachers would explain why we do it," thereby shedding further light on fundamentals of which NLPS students are unfamiliar.

"A document [the U.S. Constitution] written long before the invention of the automobile, the airplane, the computer, and the Internet may seem so old that students might think that they don't need to know about it. But you can't fight for your rights if you don't know what they are. And you can't participate in our democracy if you don't know how it works."

- Chief Justice John Roberts (Roach, 2015).

Therefore, as it pertains to learning outcomes, students are being robbed of their chance to participate in *our* democracy if they are inadequately informed. This paper contends that quality-

**Exhibit N - MPA Thesis**

POOR QLTY MGMT PRACTICES IN NLPS                                                          4

management, when properly implemented, can limit regression and stimulate progress in NLPS

through planning, controls, quality assurance, and most importantly, commitment to continuous

improvement.

### *Author's Bias*

Admittedly, I *do* have a heightened interest in students of color overcoming peonage. Moreover,

throughout my *K-12* years, I *did* have a contentious relationship with teachers and administrators

who, save for two instances, were all white and mostly misunderstanding. In response, my junior

high school attempted to place me in the *Resource Specialist Program (RSP)* despite excellence

on my standardized test scores. Had it not been for my mother's objections I would have been

placed in RSP. I would not have graduated with a high school diploma; my life would look a lot

different.

*My teachers' assumptions about me lowered their expectations for me.*

Wherefore, I am proudly biased on the part of students who are similarly situated,

professing to them of their own brilliance, and encouraging them to not be deceived.

Lastly, I did recently apply to become the next *Executive Director of Business and

Finance* for NLPS and was denied an opportunity to interview despite being reasonably

qualified. Consequently, I currently have an active Equal Employment Opportunity Commission

(EEOC) inquiry open alleging discrimination in hiring.

### *Research Question*

What are the *impacts* of poor *quality-management* practices on New London Public

Schools' *learning outcomes*?

The independent variable, *quality-management*, is defined as "the practice of providing

existing and potential customers with support to enhance their satisfaction with the company and

# Exhibit N - MPA Thesis

its products or service" (Barone, 2022). Although the term is generally applied to companies, the concept is directly applicable to public sector education. However, in doing so, it is critical to identify who represents the customer. Public education is not charity, it is investment. Wherefore, the customers are not the students, the customer is the taxpaying community at large. Accordingly, the needs of the taxpaying community must be addressed through its public education system. The four commonly regarded components of quality-management are quality planning, quality control, quality assurance, and quality improvement (Barone, 2022).

The dependent variable, learning outcomes, are defined by the Cornell University Center for Teaching Innovation as "measurable statements that articulate at the beginning what students should know, be able to do, or value as a result of taking a course or completing a program" ("Setting Learning Outcomes," n.d.). The school system's mission statement articulates its learning outcomes as follows:

> "To educate and graduate students who specialize in one of the three themed Magnet pathways: International Education, STEM, and Visual & Performing Arts, who are well versed in the academic knowledge and practical experiences necessary to exceed beyond high school; who are critical thinkers and innovators; who are courageous and self-reliant; and who challenge the status quo while enriching their community, country, and global society" ("Mission & Vision," n.d.).

If the community's most pressing concerns are international education, STEM, and visual and performing arts, then this mission statement is properly aligned with the needs of the community. However, the data indicates that the more pressing concern in New London is poverty. Considering the diverse population of NLPS, international education is appropriate for the school community to better understand and appreciate themselves, their heritages, and each other.

**Exhibit N - MPA Thesis**

However, if a student is able to recite Shakespeare but is financially illiterate, there is minimal return on the taxpayers' investment.

In addition to the needs and concerns of the local community, the State of Connecticut tracks education data for all K-12 public schools and provides report cards for each school and school district. Within each metric is a target number for the State and districts to achieve. For example, the district performance index (DPI) for the subject, "science," in NLPS is 48.4, contrasted with the state average of 61.4; the target DPI is 75. (As of the 2021-2022 school year, NLPS met the target DPI for *college-and-career readiness course taking*. However, the *demonstrating postsecondary readiness* DPI was only 22.4, roughly half of the state average of 43.5. In fact, NLPS trails the state average in every category except *time with nondisabled peers*; most trail by double digits ("CT Report Card," n.d).

While NLPS' DPI metrics are outstandingly unsatisfactory, the district's most pressing concern, poverty, reveals itself in the data, as well. NLPS' per pupil expenditures trail the state average by $1,310 per student. Moreover, much of the district's funding comes from the State, whereas the majority of Connecticut schools receive the bulk of their funding from their local government ("CT Report Card," n.d.). The data suggests there may be a correlation between funding limitations and learning outcomes proposed by the State. Additionally, NLPS' enrollment is decreasing annually due to a number of concerns, which also has a financial impact. NLPS must consider *poverty* to be the problem and address it by teaching financial awareness.

**Purpose and Practical Significance**

The purpose of this research is to uncover and address bureaucratic missteps that have undermined the potential of NLPS graduates. This research considers the impact of inadequate

# Exhibit N - MPA Thesis

quality-management procedures as a contributing factor to New London relative deficiencies. Poverty is not a given; it is condition that can be positively impacted through awareness.

**Literature Review**

There is no shortage of articles discussing the challenges facing New London and NLPS. New London is surrounded by several wealthier communities which negatively impacts the district's ability to recruit and retain teachers. Part of the problem stems from the district having had a *special master* take over in 2012 to "to inject discipline into the planning process and to provide structure to the governance and management of the district" ("State OKs...," 2012) and address *student achievement*. However, special master, Dr. Steven Adamowski's salary freeze strained the district's effort to competitively recruit with NLPS "sometimes pay[ing] $10k-$15k less than their neighboring districts" (Otte, 2022). Moreover, the NLPS Executive Director of Human Resources seemed to blame the district's retention issues on the teachers' inexperience (Otte, 2022). In addition, the remnant effects of the COVID-19 pandemic still impact life in New London, as well. Per Emelia Otte (2022) of the CT Examiner, rising rents are correlating to with increased homelessness among NLPS students. Again, poverty is at the core of the issue.

In 2019 the literature regarding NLPS began to address a scandal in which several employees were charged with sexual assault, and more were terminated (Smith, 2022). At the start of the research, this type of finding was unimaginable.

**Observations**

Entering New London High School or Bennie Dover Jackson Middle School in New London feels strange. The main offices at both institutions are newly renovated and very welcoming. However, beyond the main offices at either campus, the schools feel very much like construction sites. A glance up, one will see ceiling tiles missing stretched along the top. In many

**Exhibit N - MPA Thesis**

classrooms, students are able to look out of the window and observe the construction. Much of the time, the noise from the construction during instruction time can be distracting. When asked whether the noise bothered them, some students said they had adjusted to the sound of the drill driving into the limestone, sounding similar to a military shooting range; others said it aggravated them, and one said it triggered PTSD symptoms.

"Mister! I just don't like how teachers leave us without even saying anything," a 7th grade young lady exclaimed. Then, the students proceeded to reflect on teachers who walked out or were fired.

While working in a New London elementary school, I conducted an exercise with a class of 4th graders in which the students wrote the mayor detailing what they believed would make New London a better place.

"I think there should be more homeless shelters for pregnant women," one girl said.

"We need more Port-o-Potties around New London and more homeless shelters," said a boy.

"New London needs a program for gifted students," wrote another.

"I want to live a home without rats."

**Plan for Reporting Results**

The plan to report the results of this research is multipronged. First, and perhaps most importantly, the findings should be shared in good faith with the New London Board of Education, NLPS executive team, and the New London City Council, to utilize the study's findings as they see fit. Additionally, this research study should be peer-reviewed and published in an educational journal. Finally, this research should be published on LinkedIn after peer-review.

# Exhibit N - MPA Thesis

**Challenges to Conducting Research**

There were significant challenges to this research. First, I underestimated the extensiveness of the problem. The school system's performance deficiencies are what initially inspired this study; however, I did not expect to find such grotesque skeletons in NLPS' proverbial closet. Additionally, I was unable to access budgets and annual reports online (NLPS and the City of New London) published prior to 2013. Dr. Steven Adamowski, the special master appointed by the Connecticut State Board of Education, agreed to meet for an interview but cancelled last minute. I was not able to meet with Bishop Watts of Shiloh New London Church before the conclusion of this course. Future revisions will attempt to include relevant crime data as well as qualitative data from interviews with the teachers' union representative, school board members, local clergy, Department of Labor/American Job Center, New London Police Department, and the New London City Council.

**Exhibit N - MPA Thesis**

POOR QLTY MGMT PRACTICES IN NLPS                                                    10

## References

A brief history of New London. (n.d.). Develop New London. Retrieved from

    https://developnewlondon.com/city-of-new-london/history-of-new-london/

Bahramour, T., Lang, M., and Mellnik, T. (2023, February, 6). *White people have flocked back to city*

    *centers–and transformed them.* The Washington Post. Retrieved from

    https://www.washingtonpost.com/dc-md-va/interactive/2023/us-city-white-population-increase/

Baker, E. (2022, September 6). *Benedict Arnold turns and burns New London.* Connecticut History.

    Retrieved from https://connecticuthistory.org/benedict-arnold-turns-and-burns-new-london/

Barone, A. (2022, March 23). *Quality management: Definition plus example.* Investopedia. Retrieved

    from https://www.investopedia.com/terms/q/quality-

    management.asp#:~:text=Key%20Takeaways-

    ,Quality%20management%20is%20the%20act%20of%20overseeing%20all%20activities%20an

    d,quality%20control%20and%20quality%20improvement.

CT Report Cards. (n.d.). EdSight. Retrieved from

    https://edsight.ct.gov/SASStoredProcess/ghttps://www.newlondon.org/Domain/37

Howard, L. (2020, July 2, ). *Freedom fighter Douglass spoke in New London just before state banned*

    *slavery.* The Day. Retrieved from https://www.theday.com/local-news/20200702/freedom-

    fighter-douglass-spoke-in-new-london-just-before-state-banned-slavery/

Jordan, J. D. (2015, September 8). *How an unconventional principal turned around a struggling urban*

    *school.* PBS. Retrieved from https://www.pbs.org/newshour/education/unconventional-principal-

    uses-blended-learning-help-turn-around-struggling-urban-school

Mission & Vision. (n.d.). New London Public Schools. Retrieved from

    https://www.newlondon.org/Domain/37

# Exhibit N - MPA Thesis

Otte, E. (2022, December 12). *Rising rents and evictions push New London students without homes back to pre-pandemic levels*. CT Examiner. Retrieved from

Otte, E. (2022, October, 10). *Teacher shortage, richer neighbors leave New London Public Schools pressing to compete for hires*. CT Examiner. Retrieved from https://ctexaminer.com/2022/10/25/a-teacher-shortage-leaves-new-london-public-schools-struggling-to-compete-with-richer-neighbors-for-hires/

Roach, K. (2015, April 10). *Our dream commencement speakers*. Indianapolis Monthly. Retrieved from https://www.indianapolismonthly.com/arts-and-culture/our-dream-commencement-speakers

Setting learning outocmes. (n.d.). Cornell University. Retrieved from https://teaching.cornell.edu/teaching-resources/designing-your-course/setting-learning-outcomes

Smith, G. (2022, April, 12). *Former New London employee sent to prison for sex assaults*. The Day. Retreieved from https://www.theday.com/local-news/20220412/former-new-london-employee-sent-to-prison-for-sex-assaults/

State Oks 'Special Master' for Troubled New London Schools. (2012, June 6). Hartford Courant. Retrieved from https://www.courant.com/2012/06/06/state-oks-special-master-for-troubled-new-london-schools-2/

## Exhibit O - Operations Email

 Albertus
Magnus
College

# Operations

**Glenn, Joe** <jglenn@albertus.edu>                                        Thu, Jun 8, 2023 at 12:21 PM
To: "Ritchie, Cynthia" <RitchieC@newlondon.org>

Cynthia,

I can only imagine the stress that you are under as the superintendent of NLPS. However, you are turning away the very people who would make your tenure a success.

President Lincoln would have recruited a passionate objector like myself into his cabinet to contribute before catalyzing a political adversary and leaving them to their own devices.

As an HR professional, I can tell you that Bob Stacy did you a disservice by refusing to interview me, especially considering the district accepts federal funding and is an affirmative action employer.

Even if you had no desire to bring me on board, someone should have conducted a screening interview over Zoom (which is free) and concluded I did not have the chops in order to reduce the school board's liability.

Furthermore, I am a member of several protected classes. The statement is not worth the potential legal or political battle, and I was shocked that you would issue such a poorly thought out response; especially considering the entities I courtesy copied.

But more importantly, you excluded the best candidate for your Executive Director of Business and Finance vacancy and cited a poorly constructed job description in defense. Meanwhile, you and the district's reputation continues to get dragged with each new scandal and embarrassing shortcoming.

With all due respect, neither Kate nor Bob can positively impact recruiting and retention to the level that I will (students or talent).

Meanwhile, instead of holding *executives* accountable for not getting the job done, the district approves a $156k/year billet for a *Director of Magnet Pathways* to do the job for the Assistant Superintendent of Magnet District Operations?

While that may not be the case, it certainly appears to be, which would be indicative of a poorly developed/executed communication plan--which is your expertise, if I am not mistaken.

I have begun researching plans for a Caribbean curriculum to contextualize the students' experience, means of incorporating the Association of Caribbean Historians into school assemblies and PD, and using Pimsleur for language development among faculty and staff and incentivizing language learning. Additionally, the district needs a BIPOC alliance group, especially if persons of color are not represented in the district's central office executive leadership team.

I know you want to keep your job, but the best way to do that is by doing the best job you can. Stop trying to put on a good face for the public and be honest with them; be vulnerable, let them know that you need their help.

The New London Board of Education is notoriously incompetent. Do not allow their authority over you to prevent you from being the best superintendent you can be.

Best,

Joe Glenn
760-605-3728