**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JOE GLENN<br>Plaintiff<br><br>V<br><br>KELLY SERVICES, INC. and<br>NEW LONDON PUBLIC SCHOOLS<br>Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.: 3:24-CV-00894-VAB<br><br><br><br><br><br><br>AUGUST 21, 2024 |

**DEFENDANTS', NEW LONDON BOARD OF EDUCATION AND KELLY SERVICES INC., MOTION FOR A MORE DEFINITE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 12(e), Defendants, New London Board of Education ("New London") and Kelly Services, Inc. ("Kelly", collectively with New London, "Defendants"), hereby respectfully move for an order requiring that Plaintiff Joe Glenn ("Plaintiff") provide a more definite statement as to his Amended Complaint (ECF #13), which added New London as a co-defendant with defendant Kelly. Specifically, Defendants seek clarification regarding the following:

1. The basis for Plaintiff's claim of Federal Question jurisdiction, including "the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case", which information was left blank in Plaintiff's Amended Complaint;
2. The correction of New London's name in all pleadings, in that Plaintiff currently identifies New London under the misnomer "New London Public Schools", which is not a legal entity, rather than the correct legal name of "New London Board of Education."
3. The separation of Plaintiff's claims into separate counts that identify which Defendant(s) each claim is being asserted against, as well as the statutory or common law basis for each claim.

4. The separation of Plaintiff's claims to clarify which factual allegations Plaintiff relies upon to support his claims against New London versus his claims against Kelly. Plaintiff's Amended Complaint commingles seemingly unrelated allegations concerning the two defendants in a seven paragraph, one count Amended Complaint, leaving Defendants to speculate as to which claims are asserted against which Defendant, and what the legal and factual basis is for each claim.

As detailed in Defendants' Memorandum of Law in support of the Motion, due to the current pleading ambiguities, Plaintiff's Amended Complaint is vague and conclusory to such an extent that it is impossible for Defendants to reasonably frame a responsive pleading. Therefore, Defendants' Motion for a More Definite Statement should be granted.

DEFENDANTS,
**NEW LONDON BOARD OF EDUCATION**

By /s/ Elizabeth M. Smith
Johanna G. Zelman (ct26966)
Elizabeth M. Smith (ct19808)
FordHarrison LLP
CityPlace II
185 Asylum Street, Suite 820
Hartford, CT 06103
Tel #: 860-740-1355
Fax #: 860-578-2075
Email: jzelman@fordharrison.com
esmith@fordharrison.com

**KELLY SERVICES, INC.**

By /s/ Elizabeth M. Lacombe
Elizabeth M. Lacombe (Bar No. ct 28352)
Duane Morris LLP
100 Pearl Street, 13th Floor
Hartford, CT 06103
215-979-1577
emlacombe@duanemorris.com

**CERTIFICATE OF SERVICE**

This is to certify that on this 21st day of August, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Joe Glenn
40 Country Club Road
Groton, CT 06340
Jeglenn02@gmail.com

/s/ Elizabeth M. Smith
Elizabeth M. Smith